UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER GARCIA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-3194-X-BH |
| | § | |
| THE DELTA COMPANIES, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 121). Magistrate Judge Irma Carrillo Ramirez recommends that Plaintiff's Motion for Reconsideration, (Doc. No. 115), should be denied. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, **DENIES** Plaintiff's Motion for Reconsideration. (Doc. 115).

**IT IS SO ORDERED** this 14th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1